IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUMECK SMITH, ) | CASE: 11cv7010 |
|    PLAINTIFF, ) | JUDGE FEINERMAN |
|    v. ) | MAG. JUDGE GILBERT |
| CITY OF CHICAGO, ) | |
|   CHICAGO BOARD OF EDUCATION, ) | |
| ALEXANDRA SOPHIA GUILAMO, ) | |
|    DEFENDANTS. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**

NOW COME Plaintiff Smith and Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby file their Stipulation Of Dismissal of this lawsuit with Prejudice. Each party to bear its own costs and fees.

Respectfully submitted this 30th day of October 2012.

s\Sunil Kumar, Counsel for Defendant Guilamo
s\Christopher Cooper, Counsel for Plaintiff
s\Lucille Blackburn, Counsel for Board of Ed.

Christopher C. Cooper, Bar No. 2123245
The Law Firm of Christopher Cooper, Inc.
500 N. Michigan Ave., Suite 1514
Chicago, Illinois 60611
(312) 371-6752   cooperlaw3234@gmail.com


CERTIFICATE OF SERVICE: The undersigned attorney certifies that he filed the foregoing on ECF on October 30, 2012 and that Defendants are registered e-filers.   s\Christopher C. Cooper